UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 655, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:06CV1345 CDP |
| ST. JOHN'S MERCY HEALTH SYSTEM, | ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

In October counsel advised the Court that they have fully resolved the key issue in this case and they requested 30 days to reach a resolution on a secondary issue before proceeding any further with this litigation. The 30 days have passed and the Court would like to resolve the pending motion to dismiss. If the case has not been settled, the parties need to provide briefs regarding any changed circumstances since the dismissal briefs were filed.

Accordingly,

**IT IS HEREBY ORDERED** that no later than **Thursday, November 30, 2006**, the parties shall provide the court with a status report. If the case has settled, their report shall provide a date by which either they will file settlement

papers or I may simply dismiss the case without further report from them. If the parties have not settled, they should provide briefs on the changed circumstances of the pending motion to dismiss.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of November, 2006.